Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MILIVOJE DJORDJEVICH AND MILOMIRKA DJORDJEVICH, husband and wife<br><br>Plaintiff,<br><br>vs.<br><br>DEXIA REAL ESTATE CAPITAL MARKETS, a Delaware Corporation, ARTESIA MORTGAGE CAPITAL CORPORATION, a foreign entity; UNKNOWN PARTIES 1-10,<br><br>Defendants. | No. CV-08-0288-PHX-DGC<br><br>**NOTICE OF SUBMISSION OF DISCOVERY ANSWERS** |

Please take notice that Plaintiffs have this 3rd day of February, 2009, completed and submitted their Answers to Defendants' First Set of Interrogatories to Plaintiffs (Exhibit 1) and Answers to Defendants' First Request for Production of Documents to Plaintiff (Exhibit 2)

RESPECTFULLY submitted this 3RD day of February, 2009.

_[signature]_

_____
Peter Strojnik
Attorney for Plaintiff

-1-